

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

The State of Texas,                          * From the 35th District Court
                                               of Brown County,
                                               Trial Court No. CV2301024.

Vs. No. 11-23-00086-CV                       * August 24, 2023

2020 Chevrolet Blazer VIN                    * Memorandum Opinion by Williams, J.
No. 3GBNKBKRS9LS671867,                        (Panel consists of: Bailey, C.J.,
                                               Trotter, J., and Williams, J.)

This court has considered the State's motion to dismiss this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against the State of Texas.